**Jack ELLIOTT, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY of the State of Missouri and the Labor and Industrial Relations Commission of Missouri, and the Industrial Commission of Missouri, Respondent.**

**No. WD 33299.**

Missouri Court of Appeals, Western District.

Aug. 24, 1982.

Jay T. Grodsky and Larry M. Brummet, Kansas City, for appellant.

Sharon A. Willis, Kansas City, Rick V. Morris, Jefferson City, for respondent Div. of Employment Sec.

Timothy P. Duggan, Jefferson City, for respondent Labor and Indus. Relations Com'n.

Before KENNEDY, P.J., and WASSERSTROM and MANFORD, JJ.

## ORDER

PER CURIAM:

Appeal from judgment dismissing appellant's Petition For Review for failure to comply with jurisdictional requirements of § 228.210, RSMo 1978.

Judgment affirmed.